**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**SHAWNA BILLS**                                                                                **PLAINTIFF**

**v.**                                            **Case No. 3:25-cv-00090-LPR**

**COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION**                                              **DEFENDANT**

<u>**ORDER**</u>

The Court has reviewed the Recommended Disposition (RD) submitted by United States

Magistrate Judge Patricia S. Harris (Doc. 10).  No objections have been filed, and the time for

doing so has expired.  After a *de novo* review of the RD and careful consideration of the entire

case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings

and conclusions in all respects.

Accordingly, Defendant's Unopposed Motion to Remand (Doc. 9) is GRANTED, and this

case is reversed and remanded for further proceedings.  This is a "sentence four" remand within

the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 30th day of December 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE